IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

EBONEE JACQUESE BELL                                                                 PLAINTIFF

v.                             Case No. 4:25-cv-4003

SERGEANT ROYCE BENNETT,
Lafayette County Detention Center (LCDC);
CORRECTIONAL OFFICER LEANN WILLIS, LCDC;
CORRECTIONAL OFFICER CECILY SMITH, LCDC; and
LIEUTENANT RAMI COX, Jail Administrator, LCDC                  DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed March 18, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 7. Judge Ford recommends that this case be dismissed without prejudice for failure to comply with the Court's orders and for failure to prosecute this case.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 7) *in toto*. Accordingly, the Court finds that this case should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 7th day of April, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge